motion for leave to proceed further *in forma pauperis*, denied. *Ed. Potter, pro se. Mr. George Couper Gibbs*, Attorney General of Florida, for respondents.

No. 376. WARFIELD COMPANY *v.* AMERICAN LECITHIN Co.; and

No. 455. AMERICAN LECITHIN Co. *v.* WARFIELD COMPANY. November 13, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Russell Wiles* and *George A. Chritton* for the Warfield Company. *Messrs. Thomas G. Haight, Edward G. Curtis, Daniel L. Morris,* and *Ira J. Wilson* for the American Lecithin Co. By leave of Court, *Messrs. George P. Dike* and *Cedric W. Porter* filed a brief on behalf of the Dewey & Almy Chemical Co., as *amicus curiae,* in support of the petition. Reported below: 105 F. 2d 207.

No. 409. DIXIE WHOLESALE GROCERY, INC. *v.* MARTIN, COMMISSIONER OF REVENUE, ET AL. November 13, 1939. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Messrs. Richard T. Von Hoene* and *Frank Lee Dils* for petitioner. No appearance for respondents.

No. 425. GALENA MANUFACTURING Co. *v.* SUPERIOR OIL WORKS. November 13, 1939. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Henry M. Huxley, Ralph Munden,* and *E. W. Shepard* for petitioner. *Mr. James Hamilton* for respondent.

No. 433. FULLERTON ET AL. *v.* PITTSBURGH. November 13, 1939. Petition for writ of certiorari to the Supreme